Skip to Main Content    Logout    My Account    Search Menu    New Civil Search    Refine Search    Back          Location : All Courts    Help

# REGISTER OF ACTIONS
## CASE NO. CV15-1006

| | | |
|---|---|---|
| Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc. | § § § § § | Case Type: **Injury/Damage - Motor Vehicle**<br>Date Filed: **08/19/2015**<br>Location: **415th District Court** |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Defendant | **COWELL, THARON DOUGLAS** | **Dana L. Ryan**<br>*Retained*<br>214-570-6300(W) |
| Defendant | **ZOELLNER CONSTRUCTION CO., INC.** | **Dana L. Ryan**<br>*Retained*<br>214-570-6300(W) |
| Plaintiff | **SEWELL, PATRICIA** | **DOUGLAS R HAFER**<br>*Retained*<br>817-548-1000(W) |

### EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 08/19/2015 | **Case Filed (OCA)** | | |
| 08/19/2015 | **Plaintiff's Original Petition** | | |
| 08/19/2015 | **Citation** | | |
| | ZOELLNER CONSTRUCTION CO., INC. | Served | 08/28/2015 |
| | COWELL, THARON DOUGLAS | Served | 08/25/2015 |
| 09/10/2015 | **Original Answer** | | |
| 09/10/2015 | **Jury Fee Paid** | | |

### FINANCIAL INFORMATION

| | **Defendant** ZOELLNER CONSTRUCTION CO., INC. | | |
|---|---|---|---|
| | Total Financial Assessment | | 30.00 |
| | Total Payments and Credits | | 30.00 |
| | **Balance Due as of 09/16/2015** | | **0.00** |
| 09/10/2015 | Transaction Assessment | | 30.00 |
| 09/10/2015 | E-File Payment | Receipt # 2015-05848 | ZOELLNER CONSTRUCTION CO., INC. | (30.00) |

| | **Plaintiff** SEWELL, PATRICIA | | |
|---|---|---|---|
| | Total Financial Assessment | | 273.00 |
| | Total Payments and Credits | | 273.00 |
| | **Balance Due as of 09/16/2015** | | **0.00** |
| 08/19/2015 | Transaction Assessment | | 273.00 |
| 08/19/2015 | E-File Payment | Receipt # 2015-05537 | SEWELL, PATRICIA | (273.00) |

EXHIBIT A - Page 1

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

Parker County - 415th District Court

STYLED PATRICIA SEWELL V. THARON DOUGLAS COWELL AND ZOELLNER CONSTRUCTION CO., INC.

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: | Email: | Plaintiff(s)/Petitioner(s): | X - **Attorney for Plaintiff/Petitioner**<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Douglas R. Hafer | DHafer@CurnuttHafer.com | Patricia Sewell | |
| Address: | Telephone: | _____ | Additional Parties in Child Support Case: |
| 101 East Park Row | (817) 548-1000 | Defendant(s)/Respondent(s): | Custodial Parent: |
| City/State/Zip: | Fax: | Tharon Douglas Cowell | _____ |
| Arlington, TX 76010 | (817) 548-1070 | Zoellner Construction Co., Inc. | Non-Custodial Parent: |
| Signature: | State Bar No: | _____ | _____ |
| /s/Douglas R. Hafer | 00787614 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>___<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>___ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>  Liability:<br>___<br>X - **Motor Vehicle Accident**<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product:<br>___<br>☐ Other Injury or Damage:<br>___ | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>___<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: ___ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: ___ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: ___ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: ___ | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
X - **Over $200,000 but not more than $1,000,000**
☐ Over $1,000,000

State of Texas
County of Parker

I certify that the foregoing, consisting of ___ pages, is a true, correct and complete copy of the instrument of record in my possession. This ___ day of September 20 15

SHARENA GILLILAND, DISTRICT CLERK

By: _____ Deputy

Rev 2/13

Filed: 8/19/2015 1:54:53 PM
Sharena Gilliland
District Clerk
Parker County, Texas
Natalie Matthews

CV15-1006

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | Parker County - 415th District Court |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Patricia Sewell files this Original Petition complaining of Defendants Tharon Douglas Cowell and Zoellner Construction Co., Inc., and for causes of action respectfully shows the Court as follows:

### I.
### MANDATORY DISCOVERY LEVEL STATEMENT

1.  Pursuant to Texas Rule of Civil Procedure 190.3, discovery in this case will be conducted under Level 2. In addition, pursuant to Texas Rule of Civil Procedure 194, 196, and 197, Plaintiff is serving the following discovery requests with the citation:

> a.  Plaintiff's Request for Disclosure to Defendant Tharon Douglas Cowell;
>
> b.  Plaintiff's Request for Disclosure to Defendant Zoellner Construction Co., Inc.;
>
> c.  Plaintiff's First Set of Interrogatories to Defendant Tharon Douglas Cowell;
>
> d.  Plaintiff's First Set of Interrogatories to Defendant Zoellner Construction Co., Inc.;
>
> e.  Plaintiff's First Request for Production to Defendant Tharon Douglas Cowell;
>
> f.  Plaintiff's First Request for Production to Defendant Zoellner Construction Co., Inc.;

**PLAINTIFF'S ORIGINAL PETITION – Page 1**

g.    Plaintiff's First Request for Admissions to Defendant Tharon Douglas Cowell; and

h.    Plaintiff's First Request for Admissions to Defendant Zoellner Construction Co., Inc.

## II.
## MANDATORY STATEMENT OF RELIEF SOUGHT

2.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiff states that she seeks monetary relief over $200,000 but not more than $1,000,000.

## III.
## PARTIES

3.    Plaintiff Patricia Sewell ("Sewell") is an individual residing in Tarrant County, Texas.  The last three numbers of Sewell's driver's license number are 012.  The last three numbers of Sewell's social security number are 188.

4.    Defendant Tharon Douglas Cowell ("Cowell") is a resident of Missouri, and may be served at HCR 64, Box 505, Grassy, Missouri 63753, or wherever he may be found.

5.    Defendant Zoellner Construction Co., Inc. ("Zoellner Construction") is a Missouri corporation with its principal place of business located at 875 PCR 500, Perryville, Missouri 63775.  Zoellner Construction may be served through its registered agent, Steven P. Zoellner, at 875 PCR 500, Perryville, Missouri 63775, or wherever he may be found.

## IV.
## JURISDICTION AND VENUE

6.    Personal jurisdiction is proper as to Cowell and Zoellner Construction because they have availed themselves of the privileges of conducting activities in the State of Texas.  In this regard, Zoellner Construction is a general contractor operating in several states in the Mid-West and the South-West, including Texas.  Zoellner Construction has performed numerous jobs for its clients in Texas, and its employee, Cowell, was driving his vehicle in Texas, while in the

**PLAINTIFF'S ORIGINAL PETITION – Page 2**

course and scope of his employment with Zoellner Construction, at the time of the wreck that is the basis of this suit. Thus, the Court has both general and specific jurisdiction over Zoellner Construction and Cowell.

7.      Subject matter jurisdiction is proper in this Court because the amount in controversy is in excess of this Court's minimum jurisdiction, exclusive of interest and costs.

8.      Venue is proper in Parker County, Texas pursuant to Texas Civil Practice and Remedies Code section 15.002(a)(1) because all or a substantial part of the events or omissions giving rise to Sewell's claims occurred in Parker County, Texas.

## V.
## FACTS

9.      On or about October 4, 2013, Sewell was driving northbound on Highway 171 in Weatherford, Parker County, Texas. At that same time, Cowell was driving southbound on Highway 171. Suddenly and without warning, Cowell attempted to make a left turn into a private drive. While attempting this turn, Cowell's vehicle violently struck the driver's side of Sewell's vehicle. The damage was so severe that both vehicles had to be towed from the scene of the wreck.

10.     As a result of the collision, Sewell sustained bodily injury.

## VI.
## CAUSES OF ACTION

**A.    Negligence**

11.     Cowell had the duty to use ordinary care in driving his vehicle.

12.     Cowell breached this duty and was negligent in various acts and omissions at the time of the wreck by, among other things, failing to yield the right of way to Sewell.

13.     Cowell's negligence proximately caused the occurrence made the basis of this action and Sewell's injuries and damages.

14.     Upon information and belief, Cowell was an employee of Zoellner Construction. Further, upon information and belief, Cowell was acting in the course and scope of his employment with Zoellner at the time of the wreck.  As such, Zoellner is vicariously liable for the negligence of Cowell.

## VII.
## DAMAGES

15.     As a direct and proximate result of the foregoing acts of negligence, Sewell suffered physical injuries, for which she seeks recovery.

16.     Based on the foregoing, Sewell's personal injury damages include:

     a.     Physical pain and mental anguish in the past and future;

     b.     Physical impairment in the past and future; and

     c.     Medical expenses in the past and future.

## VIII.
## JURY DEMAND

17.     Sewell hereby demands a trial by jury.

WHEREFORE, Sewell prays that Cowell and Zoellner Construction be cited to appear and answer, and that a judgment be entered against them for:

     a.     Actual Damages;

     b.     Pre-judgment and post-judgment interest as provided by law;

     c.     Costs of suit; and

     d.     Such other and further relief, whether at law or in equity, to which Sewell may be entitled.

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S REQUEST FOR DISCLOSURE TO
## DEFENDANT THARON DOUGLAS COWELL

TO:     Defendant Tharon Douglas Cowell

Pursuant to Texas Rule of Civil Procedure 194, you are requested to disclose, within 50 days of service of this request, the information or materials described in Rule 194.2 (a) – (l). Specifically, please disclose:

(a)     The correct names of the parties to the lawsuit.

(b)     The name, address, and telephone number of any potential parties.

(c)     The legal theories and, in general, the factual bases of your claims or defenses.

(d)     The amount and any method of calculating economic damages.

(e)     The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

(f)     For any testifying expert:

(1)     The expert's name, address, and telephone number;

(2)     The subject matter on which the expert will testify;

(3)     The general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by you, employed by you, or otherwise subject to your control, documents reflecting such information;

**PLAINTIFF'S REQUEST FOR DISCLOSURE TO DEFENDANT THARON DOUGLAS COWELL – Page 1**

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S REQUEST FOR DISCLOSURE TO
## DEFENDANT ZOELLNER CONSTRUCTION CO., INC.

TO:    Defendant Zoellner Construction Co., Inc.

Pursuant to Texas Rule of Civil Procedure 194, you are requested to disclose, within 50 days of service of this request, the information or materials described in Rule 194.2 (a) – (l). Specifically, please disclose:

(a)    The correct names of the parties to the lawsuit.

(b)    The name, address, and telephone number of any potential parties.

(c)    The legal theories and, in general, the factual bases of your claims or defenses.

(d)    The amount and any method of calculating economic damages.

(e)    The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

(f)    For any testifying expert:

        (1)    The expert's name, address, and telephone number;

        (2)    The subject matter on which the expert will testify;

        (3)    The general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by you, employed by you, or otherwise subject to your control, documents reflecting such information;

**PLAINTIFF'S REQUEST FOR DISCLOSURE TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 1**

(4)    If the expert is retained by you, employed by you, or otherwise subject to your control:

    (A)    All documents, tangible items, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

    (B)    The expert's current resume and bibliography.

(g)    Any indemnity and insuring agreements described in Rule 192.3(f).

(h)    Any settlement agreements described in Rule 192.3(g).

(i)    Any witness statements described in Rule 192.3(h).

(j)    All medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, and authorization permitting the disclosure of such medical records and bills.

(k)    All medical records and bills obtained by Defendant by virtue of an authorization furnished by Plaintiff.

(l)    With respect to any person or entity who may be designated as responsible third parties, please disclose the names, addresses and telephone number.

                Respectfully submitted,

                CURNUTT & HAFER, L.L.P.

                By:/s/Douglas R. Hafer
                    Douglas R. Hafer
                    State Bar No. 00787614
                    DHafer@CurnuttHafer.com

                101 East Park Row
                Arlington, Texas 76010
                (817) 548-1000 – Telephone
                (817) 548-1070 – Facsimile

                *ATTORNEY FOR PLAINTIFF*

**PLAINTIFF'S REQUEST FOR DISCLOSURE TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 2**

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO
## DEFENDANT THARON DOUGLAS COWELL

TO:     Defendant Tharon Douglas Cowell

Plaintiff Patricia Sewell submits the following First Set of Interrogatories to Defendant Tharon Douglas Cowell ("Cowell"), and pursuant to Texas Rule of Civil Procedure 197, requests that they be answered fully, in writing, and under oath, not later than thirty (50) days after service of these Interrogatories, as prescribed by the Texas Rules of Civil Procedure. These Interrogatories are continuing in nature, and Cowell is requested to supplement his answers to these Interrogatories in accordance with the Texas Rules of Civil Procedure.

## I.
## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply to these Interrogatories:

1.     "Identify":

      a.     When used with reference to an individual, shall mean the individual's full name, address and telephone number;

      b.     When used with reference to a business or corporation, shall mean the business or corporation's legal name, the names under which it does business, if different than its full legal name, and its present address and phone number; and

      c.     When used with reference to documents, all means of identifying it with sufficient particularity to satisfy the requirements for its identification in a request for its production pursuant to TEX. R. CIV. P. 196.

2.     The terms "communication" or "communications" include all forms of written or verbal interchange however transmitted.

3.     The term "person" refers to any individual, governmental entity or agency, proprietorship, partnership, corporation, and all other forms of organization or association.

4.     As used herein, the terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

5.     The term "describe" means to set out, with specificity and particularity, every fact, circumstance, act, omission, or course of conduct known to you concerning, in any way, the matter inquired about, including, without limitation, the date and place thereof, the identity of each person who was present or who has knowledge thereof, the identity and substance of all documents relative thereto (including, but not limited to, contracts or agreements resulting therefrom) and, if anything was said by a person present, the identity of each person and the substance of each such oral statement.

6.     Each Interrogatory below shall operate and be responded to independently and unless otherwise indicated, no Interrogatory limits the scope of any other Interrogatory.

7.     The terms "relate to", "relating to" or "related to" shall mean and include anything concerning, reflecting or pertaining in any way (directly or indirectly) to any part of the subject matter of the Interrogatory.

8.     If Cowell considers any Interrogatory to request information that is privileged from or otherwise not subject to discovery, please provide the following with respect to such information, and the privilege or exemption claimed:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 2**

a.    The specific privilege or exemption claimed;

b.    If the claimed privilege or exemption relates to a document, identify the following with respect to each document:

   (1)    general description and title of the document, including the subject matter;

   (2)    author;

   (3)    date;

   (4)    all recipients and persons copied on the document; and

   (5)    all factual contents of the documents which support your claim of privilege or exemption.

c.    If the claimed privilege or exemption relates to a communication, identify the following with respect to each communication:

   (1)    the subject matter of the communication;

   (2)    author or speaker;

   (3)    date of the communication;

   (4)    all persons to whom you have communicated the allegedly privileged information; and

   (5)    all persons who possess the allegedly privileged information.

9.    The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons or entities acting or purporting to act on behalf of Patricia Sewell.

10.    The terms "you," "your," and "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

11.    The term "Zoellner Construction" shall mean and refer to Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on behalf of Zoellner Construction Co., Inc.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 3**

12.     The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

13.     All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

## II.
## INTERROGATORIES

Please respond to each Interrogatory propounded below in conformity with the Definitions and Instructions set forth above.

### INTERROGATORY NO. 1:

Please state whether there were any passengers in the vehicle you were driving at the time of the Incident, and if so, state their name(s) and address(es).

### ANSWER:


### INTERROGATORY NO. 2:

Please state where you were going at the time of the Incident and where you were coming from, the purpose of your trip, and whether or not you were working at the time of the Incident. If you were working at the time of the Incident, please state the name, address and telephone number of your employer.

### ANSWER:


### INTERROGATORY NO. 3:

State the full name, current (or last known) address, and telephone number of all persons you believe or have been informed may have witnessed the Incident.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 4**

**ANSWER:**


**INTERROGATORY NO. 4:**

Have you been charged with any moving traffic violations during the five (5) year period preceding the Incident, or been a party to any other lawsuit arising in whole or in part out of a motor vehicle collision?  If so, please describe all such charges and lawsuits.

**ANSWER:**


**INTERROGATORY NO. 5:**

Have you been arrested or convicted of a felony or crime involving moral turpitude during the past ten (10) years?  If so, please state the place (city, county, state) of arrest and conviction, the date of arrest and conviction, the crime you were arrested for and/or convicted of and the sentence imposed, if any.

**ANSWER:**


**INTERROGATORY NO. 6:**

Do you contend that the Incident made the basis of this suit was a result of any act or inaction of any person and/or entity other than you?  If so, please state the name, address and telephone number of each such person and/or entity and state the facts supporting your contention.

**ANSWER:**


**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 5**

**INTERROGATORY NO. 7:**

Do you contend that Sewell's injuries for which she seeks compensation in this lawsuit were caused by something other than the Incident made the basis of this suit?   If so, please state your contention in detail, and state all facts that support your contention.

**ANSWER:**


**INTERROGATORY NO. 8:**

Please describe all alcoholic beverages, medications, drugs and other intoxicants consumed or ingested by you in the 48 hour period before the Incident made the basis of this suit, and state the type, quantity and time consumed.

**ANSWER:**


**INTERROGATORY NO. 9:**

Did you use corrective lenses at the time of the Incident made the subject of this suit?  If so, were you wearing the lenses at the time of the collision, and state the name, address and telephone number of the eye doctor that prescribed the corrective lenses?

**ANSWER:**


**INTERROGATORY NO. 10:**

Was a cell phone in use in your vehicle at the time of the incident?  If so, state the name of the cell phone provider, the cell phone number, who was using the cell phone, to whom you (or your passenger) were speaking to at the time of the incident, and the name of the person who received the bill for the cell phone(s).

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 6**

**ANSWER:**

Respectfully submitted,

CURNUTT & HAFER, L.L.P.

By:/s/Douglas R. Hafer
    Douglas R. Hafer
    State Bar No. 00787614
    DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT THARON DOUGLAS COWELL – Page 7**

        c.      When used with reference to documents, all means of identifying it with sufficient particularity to satisfy the requirements for its identification in a request for its production pursuant to TEX. R. CIV. P. 196.

2.      The terms "communication" or "communications" include all forms of written or verbal interchange however transmitted.

3.      The term "person" refers to any individual, governmental entity or agency, proprietorship, partnership, corporation, and all other forms of organization or association.

4.      As used herein, the terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

5.      The term "describe" means to set out, with specificity and particularity, every fact, circumstance, act, omission, or course of conduct known to you concerning, in any way, the matter inquired about, including, without limitation, the date and place thereof, the identity of each person who was present or who has knowledge thereof, the identity and substance of all documents relative thereto (including, but not limited to, contracts or agreements resulting therefrom) and, if anything was said by a person present, the identity of each person and the substance of each such oral statement.

6.      Each Interrogatory below shall operate and be responded to independently and unless otherwise indicated, no Interrogatory limits the scope of any other Interrogatory.

7.      The terms "relate to", "relating to" or "related to" shall mean and include anything concerning, reflecting or pertaining in any way (directly or indirectly) to any part of the subject matter of the Interrogatory.

8.      If Zoellner Construction considers any Interrogatory to request information that is privileged from or otherwise not subject to discovery, please provide the following with respect to such information, and the privilege or exemption claimed:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 2**

a.    The specific privilege or exemption claimed;

b.    If the claimed privilege or exemption relates to a document, identify the following with respect to each document:

(1)    general description and title of the document, including the subject matter;

(2)    author;

(3)    date;

(4)    all recipients and persons copied on the document; and

(5)    all factual contents of the documents which support your claim of privilege or exemption.

c.    If the claimed privilege or exemption relates to a communication, identify the following with respect to each communication:

(1)    the subject matter of the communication;

(2)    author or speaker;

(3)    date of the communication;

(4)    all persons to whom you have communicated the allegedly privileged information; and

(5)    all persons who possess the allegedly privileged information.

9.    The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons or entities acting or purporting to act on behalf of Patricia Sewell.

10.    The term "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

11.    The terms "you," "your," and "Zoellner Construction" shall mean and refer to Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on behalf of Zoellner Construction Co., Inc.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 3**

12.     The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

13.     All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

## II.
## INTERROGATORIES

Please respond to each Interrogatory propounded below in conformity with the Definitions and Instructions set forth above.

### INTERROGATORY NO. 1:

Please state the name, address, phone number and job title of the person(s) answering these Interrogatories on behalf of Zoellner Construction.

### ANSWER:


### INTERROGATORY NO. 2:

Please state any and all traffic violations you are aware of involving Cowell in the three (3) years preceding the Incident.  Please indicate if you are aware if Cowell had his driver's license revoked due to any of these violations and the period of time his license was revoked, if any.

### ANSWER:


### INTERROGATORY NO. 3:

Please list any other motor vehicle accidents involving Cowell.  Please list the date and location of such accidents, the parties involved, and a factual description of each accident.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 4**

**ANSWER:**

**INTERROGATORY NO. 4:**

List all criminal arrests and/or charges you are aware of pertaining to Cowell in the last ten (10) years by giving the cause number; identities of all accused; court of jurisdiction; description of criminal charges; date and place of arrest; plea made; date of trial and/or plea bargain; whether or not convicted and on what charges; time served; date of release from confinement; whether or not granted pardon or parole, and if so, date pardon granted or parole was or will be successfully completed.

**ANSWER:**

**INTERROGATORY NO. 5:**

Was a cell phone provided by Zoellner Construction to Cowell at the time of the Incident? If so, state the name of the cell phone provider, the cell phone number, and the name of the person who receives the bill for the cell phone(s).

**ANSWER:**

**INTERROGATORY NO. 6:**

Identify Cowell's supervisor.

**ANSWER:**

**INTERROGATORY NO. 7:**

Identify who conducts any investigation into the incident made the basis of this lawsuit.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 5**

**ANSWER:**

Respectfully submitted,

CURNUTT & HAFER, L.L.P.

By:/s/Douglas R. Hafer _____
    Douglas R. Hafer
    State Bar No. 00787614
    DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 6**

CAUSE NO. _____

| | | |
|---|---|---|
| **PATRICIA SEWELL,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **PARKER COUNTY, TEXAS** |
| | § | |
| **THARON DOUGLAS COWELL and** | § | |
| **ZOELLNER CONSTRUCTION CO., INC.,** | § | |
| | § | |
| **Defendants.** | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO
## DEFENDANT THARON DOUGLAS COWELL

TO:   Defendant Tharon Douglas Cowell

Plaintiff Patricia Sewell submits the following First Request for Production to Defendant Tharon Douglas Cowell ("Cowell"), and requests that Cowell produce the following described documents and things in his possession, custody or control. It is requested that the documents and things requested below be produced for copying and inspection no later than thirty (50) days after service, as prescribed by the Texas Rules of Civil Procedure, at the offices of Curnutt & Hafer, L.L.P., 101 East Park Row, Arlington, Texas 76010. These Requests are continuing in nature, and Cowell is requested to supplement his responses to these Requests in accordance with the Texas Rules of Civil Procedure.

## I.
## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply with respect to this Request for Production of Documents:

1.    The terms "communication" or "communications" include all forms of written or verbal interchange however transmitted.

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT THARON DOUGLAS COWELL – Page 1**

2.     The terms "document" or "documents" shall be used in their broadest sense and shall include all written, printed, typed, electronically stored, taped, recorded, or graphic matter of every kind and description, however produced or reproduced, both originals and copies, and all attachments and appendices thereto in your actual or constructive possession, custody or control, whether now existing or hereafter generated or prepared.   Where a document is identified or produced, identical copies thereof which do not contain any markings, additions or deletions different from the original need not be separately identified or produced.

3.     A document "relates to" or is "relating to" a subject matter described herein when that document contains information concerning, or is in any way pertinent to the subject matter, whether directly or indirectly.

4.     The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons or entities acting or purporting to act on behalf of Patricia Sewell.

5.     The terms "you," "your," and "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

6.     The term "Zoellner Construction" shall mean and refer to Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on behalf of Zoellner Construction Co., Inc.

7.     The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

8.     Each request below shall operate and be responded to independently and, unless otherwise indicated, no request limits the scope of any other request.

9.     The word "and" means "and/or." The word "or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender as used herein includes the feminine and the neuter. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

10.     If Cowell considers any request for production of documents to request information which is privileged from or otherwise not subject to discovery, provide the following with respect to such information, and the privilege or exemption claimed:

    a)     The specific privilege or exemption claimed;

    b)     If the claimed privilege or exemption relates to a document, identify the following with respect to each document:

        (1)     General description and title of the document, including the subject matter;

        (2)     Author;

        (3)     Date;

        (4)     All recipients and persons copied on the document; and

        (5)     All factual contents of the document which support your claim of privilege or exemption.

    c)     If the claimed privilege or exemption relates to a communication, identify the following with respect to each communication:

        (1)     General contents, date, and author or speaker of the communication; and

        (2)     All persons to whom you have communicated and who possess the allegedly privileged information.

11.     All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT THARON DOUGLAS COWELL – Page 3**

## II.
## DOCUMENTS REQUESTED

Please produce the following documents in conformity with the Definitions and Instructions set forth above.

**REQUEST NO. 1:**

All documents relating to insurance coverage and insurance claims associated with the Incident, including:

    a.    all insurance policies and declaration pages which may provide any person or entity, including you, coverage for the Incident;

    b.    all documents relating to claims, including property damage and worker's compensation claims, made by you as a result of the Incident; and

    c.    any reservation of rights and/or denial of insurance coverage directed to you by any insurer following the Incident.

**RESPONSE:**


**REQUEST NO. 2:**

All medical records and billing statements and/or records, x-rays, radiographic films, pathology materials, nurses' progress notes, and any other health care records and materials related to Sewell.

**RESPONSE:**


**REQUEST NO. 3:**

All documents relating to any moving traffic violations or criminal charges against you, including charges or violations resulting from the Incident, as well as any documents related to

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT THARON DOUGLAS COWELL – Page 4**

**RESPONSE:**

**REQUEST NO. 8:**

A copy of the title to the vehicle you were driving at the time of the Incident.

**RESPONSE:**

**REQUEST NO. 9:**

Any and all photographs, charts, graphs, drawings or any documents depicting the scene of the Incident, or depicting any vehicle or person involved in the Incident.

**RESPONSE:**

Respectfully submitted,

CURNUTT & HAFER, L.L.P.

By:/s/Douglas R. Hafer
     Douglas R. Hafer
     State Bar No. 00787614
     DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT THARON DOUGLAS COWELL – Page 6**

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC.

TO:    Defendant Zoellner Construction Co., Inc.

Plaintiff Patricia Sewell submits the following First Request for Production to Defendant Zoellner Construction Co., Inc. ("Zoellner Construction"), and requests that Zoellner Construction produce the following described documents and things in its possession, custody or control. It is requested that the documents and things requested below be produced for copying and inspection no later than thirty (50) days after service, as prescribed by the Texas Rules of Civil Procedure, at the offices of Curnutt & Hafer, L.L.P., 101 East Park Row, Arlington, Texas 76010. These Requests are continuing in nature, and Zoellner Construction is requested to supplement its responses to these Requests in accordance with the Texas Rules of Civil Procedure.

## I.
## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply with respect to this Request for Production of Documents:

1.    The terms "communication" or "communications" include all forms of written or verbal interchange however transmitted.

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 1**

2.      The terms "document" or "documents" shall be used in their broadest sense and shall include all written, printed, typed, electronically stored, taped, recorded, or graphic matter of every kind and description, however produced or reproduced, both originals and copies, and all attachments and appendices thereto in your actual or constructive possession, custody or control, whether now existing or hereafter generated or prepared.   Where a document is identified or produced, identical copies thereof which do not contain any markings, additions or deletions different from the original need not be separately identified or produced.

3.      A document "relates to" or is "relating to" a subject matter described herein when that document contains information concerning, or is in any way pertinent to the subject matter, whether directly or indirectly.

4.      The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons or entities acting or purporting to act on behalf of Patricia Sewell.

5.      The term "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

6.      The terms "you," "your," and "Zoellner Construction" shall mean and refer to Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on behalf of Zoellner Construction Co., Inc.

7.      The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

8.      Each request below shall operate and be responded to independently and, unless otherwise indicated, no request limits the scope of any other request.

9.      The word "and" means "and/or." The word "or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine

gender as used herein includes the feminine and the neuter.  The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

        10.    If Zoellner Construction considers any request for production of documents to request information which is privileged from or otherwise not subject to discovery, provide the following with respect to such information, and the privilege or exemption claimed:

        a)    The specific privilege or exemption claimed;

        b)    If the claimed privilege or exemption relates to a document, identify the following with respect to each document:

            (1)    General description and title of the document, including the subject matter;

            (2)    Author;

            (3)    Date;

            (4)    All recipients and persons copied on the document; and

            (5)    All factual contents of the document which support your claim of privilege or exemption.

        c)    If the claimed privilege or exemption relates to a communication, identify the following with respect to each communication:

            (1)    General contents, date, and author or speaker of the communication; and

            (2)    All persons to whom you have communicated and who possess the allegedly privileged information.

        11.    All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

## II.
## DOCUMENTS REQUESTED

Please produce the following documents in conformity with the Definitions and Instructions set forth above.

**REQUEST NO. 1:**

All documents relating to insurance coverage and insurance claims associated with the Incident, including:

    a.    all insurance policies and declaration pages which may provide any person or entity, including you, coverage for the Incident;

    b.    all documents relating to claims, including property damage and worker's compensation claims, made by you as a result of the Incident; and

    c.    any reservation of rights and/or denial of insurance coverage directed to you by any insurer following the Incident.

**RESPONSE:**


**REQUEST NO. 2:**

All medical records and billing statements and/or records, x-rays, radiographic films, pathology materials, nurses' progress notes, and any other health care records and materials related to Sewell.

**RESPONSE:**


**REQUEST NO. 3:**

All documents generated by you pertaining to the Incident made the subject of this case.

**RESPONSE:**


**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 4**

recorder, trip master or other recording or tracking device for the day of the Incident and the six
(6) month period preceding the Incident for the equipment involved in the Incident.

**RESPONSE:**

**REQUEST NO. 9:**

Any drivers' manuals, guidelines, rules or regulations given to Cowell.

**RESPONSE:**

**REQUEST NO. 10:**

Any reports, memos, notes, logs or other documents evidencing complaints about
Cowell.

**RESPONSE:**

**REQUEST NO. 11:**

Any daily log, time sheet, or other document evidencing what Cowell was doing on the
day of the Incident.

**RESPONSE:**

**REQUEST NO. 12:**

For any cellular phone provided by Zoellner Construction to Cowell, produce all
telephone billing records that cover the date of the Incident.

**RESPONSE:**

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ZOELLNER CONSTRUCTION
CO., INC. – Page 6**

**REQUEST NO. 13:**

Any drug or alcohol testing results for Cowell taken within 24 hours of the Incident.

**RESPONSE:**

Respectfully submitted,

CURNUTT & HAFER, L.L.P.

By:/s/Douglas R. Hafer
    Douglas R. Hafer
    State Bar No. 00787614
    DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT THARON DOUGLAS COWELL

TO:    Defendant Tharon Douglas Cowell

Plaintiff Patricia Sewell submits the following First Request for Admissions to Defendant Tharon Douglas Cowell, and pursuant to Texas Rule of Civil Procedure 198, requests that they be answered in writing, and not later than fifty (50) days after service of these Admissions, as prescribed by Texas Rule of Civil Procedure 198.2(a).

### I.
### DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply with respect to this First Request for Admissions:

1.    The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons or entities acting or purporting to act on behalf of Patricia Sewell.

2.    The terms "you," "your," and "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT THARON DOUGLAS COWELL – Page 1**

3.     The term "Zoellner Construction" shall mean and refer to Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on behalf of Zoellner Construction Co., Inc.

4.     The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

5.     Each request below shall operate and be responded to independently and, unless otherwise indicated, no request limits the scope of any other request.

6.     The word "and" means "and/or." The word "or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender as used herein includes the feminine and the neuter. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

7.     All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

## II.
## REQUESTS FOR ADMISSION

Please respond in conformity with the Definitions and Instructions set forth above.

## REQUEST FOR ADMISSION NO. 1:

That you, at the time of the Incident, were driving a 2013 GMC K3500 pickup truck in the course and scope of your employment with Zoellner Construction.

## RESPONSE:


## REQUEST FOR ADMISSION NO. 2:

That you were solely at fault for the crash that resulted in the Incident.

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT THARON DOUGLAS COWELL**
**– Page 2**

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 3:**

That Sewell did nothing to cause or contribute to the crash that resulted in the Incident.

**RESPONSE:**

Respectfully submitted,

CURNUTT & HAFER, L.L.P.

By:/s/Douglas R. Hafer
  Douglas R. Hafer
  State Bar No. 00787614
  DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT THARON DOUGLAS COWELL**
**– Page 3**

CAUSE NO. _____

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT OF |
| | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | PARKER COUNTY, TEXAS |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO
## DEFENDANT ZOELLNER CONSTRUCTION CO., INC.

TO:    Defendant Zoellner Construction Co., Inc.

Plaintiff Patricia Sewell submits the following First Request for Admissions to Defendant

Zoellner Construction Co., Inc., and pursuant to Texas Rule of Civil Procedure 198, requests that

they be answered in writing, and not later than fifty (50) days after service of these Admissions,

as prescribed by Texas Rule of Civil Procedure 198.2(a).

### I.
### DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply with respect to this First Request

for Admissions:

1.     The term "Sewell" shall mean and refer to Patricia Sewell, and all other persons

or entities acting or purporting to act on behalf of Patricia Sewell.

2.     The term "Cowell" shall mean and refer to Tharon Douglas Cowell, and all other

persons or entities acting or purporting to act on behalf of Tharon Douglas Cowell.

3.     The terms "you," "your," and "Zoellner Construction" shall mean and refer to

Zoellner Construction Co., Inc., and all other persons or entities acting or purporting to act on

behalf of Zoellner Construction Co., Inc.

PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ZOELLNER CONSTRUCTION
CO., INC. – Page 1

4.      The term "Incident" shall mean and refer to the alleged events which form the basis of Plaintiff's allegations against any defendant in this action.

5.      Each request below shall operate and be responded to independently and, unless otherwise indicated, no request limits the scope of any other request.

6.      The word "and" means "and/or." The word "or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender as used herein includes the feminine and the neuter. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

7.      All requests are for the time period January 1, 2013 to the present, except for those requests that have a specific time period stated.

## II.
## REQUESTS FOR ADMISSION

Please respond in conformity with the Definitions and Instructions set forth above.

### REQUEST FOR ADMISSION NO. 1:

That Cowell, at the time of the Incident, was driving a 2013 GMC K3500 pickup truck in the course and scope of his employment with Zoellner Construction.

### RESPONSE:


### REQUEST FOR ADMISSION NO. 2:

That Cowell was solely at fault for the crash that resulted in the Incident.

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 2**

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 3:**

That Sewell did nothing to cause or contribute to the crash that resulted in the Incident.

**RESPONSE:**


Respectfully submitted,

CURNUTT & HAFER, L.L.P.


By:/s/Douglas R. Hafer
    Douglas R. Hafer
    State Bar No. 00787614
    DHafer@CurnuttHafer.com

101 East Park Row
Arlington, Texas 76010
(817) 548-1000 – Telephone
(817) 548-1070 – Facsimile

*ATTORNEY FOR PLAINTIFF*

State of Texas }
County of Parker }

I certify that the foregoing, consisting of ___ pages, is a true, correct and complete copy of the instrument of record in my possession. This ___ day of September 20___

SHARENA GILLILAND, DISTRICT CLERK

By:_____ Deputy


**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ZOELLNER CONSTRUCTION CO., INC. – Page 3**

CITATION - CIVIL

Cause No.: CV15-1006

# 415th District Court
## Parker County, Texas
### 117 Fort Worth Highway
### Weatherford, Texas 76086

## THE STATE OF TEXAS

**August 19, 2015**

Tharon Douglas Cowell
HCR 64 Box 505
Grassy, Mo 63753

**NOTICE: YOU HAVE BEEN SUED,** YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY (20) DAYS AFTER YOU WERE SERVED THIS CITATION AND PLAINTIFF'S ORIGINAL PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV15-1006** and was filed in the **415th District Court** in and for Parker County on **August 19, 2015,** and styled:

**Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.**

Parties to the Suit:
Plaintiff(s):          **Patricia Sewell**
Defendant(s):        **Zoellner Construction Co., Inc.; Tharon Douglas Cowell**
The nature of the suit is shown in the copy of the attached petition.

ISSUED under my hand and seal in Weatherford, Parker County, Texas on this **19th day of August, 2015.**



**SHARENA GILLILAND**
District Clerk
Parker County, Texas

Signed 8/ 3/20 5 4 49 53 PM

By:_____Natalie Matthews_____
                Deputy

Plaintiff(s) Attorney
Douglas R Hafer
101 East Park Row
Arlington Tx 76010
817-548-1000

CITATION - CIVIL

## RETURN OF SERVICE
*Return to: Parker County District Clerk, 117 Fort Worth Highway, Weatherford, TX 76086*

Cause No.:   CV15-1006                                                415th District Court
                                                                     Parker County, Texas

*Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.*

Came to hand on the _____ day of_____, 20___ at _____ o'clock ___.M. and executed on the _____ day of
_____, 20_____, at ___ o'clock ___.M. by delivering a true copy of this citation with a copy of the petition attached
thereto to defendant _____ (name), in person,
at_____(address) in _____ County, Texas.

[   ] Not executed. The diligence used in finding defendant being: _____

_____

[   ] Information received as to the whereabouts of defendant being: _____

_____


Sheriff/Constable/Clerk                                    Printed Name of Authorized Person


County                              *** OR ***            Signature of Authorized Person


Deputy                                                     Certified Process Server ID No.
S

Fees                                                       Expiration Date


*The following to be completed by Authorized Person other than Sheriff, Constable or Clerk.* **TEX. R. CIV. P. 107(e).**

State of _____                    County of _____

Before me _____, the undersigned notary public on this day personally appeared _____
whose name is subscribed in the above and foregoing Return of Service and stated and acknowledged to me the facts stated
therein are true and correct.

Given under my hand and seal of office this _____ day of _____, 20___.


              (Seal)                                       Notary Public
                                    *** OR ***

"My name is _____, my date of birth is_____
              (First)        (Middle)        (Last)                    (Month) (Day) (Year)

and my address is_____
                    (Street)                (City)         (State)       (Zip)     (Country)

I declare under penalty of perjury that the foregoing is true and correct." Executed in _____ County, State

of _____, on _____.
                            (Date)

State of Texas }
Declarant Parker }

I certify that the foregoing, consisting of __2__ pages, is a
true, correct and complete copy of the instrument of record
in my possession. This __11__ day of __September__
20 15

SHARENA GILLILAND, DISTRICT CLERK

By:_____ Deputy

CITATION - CIVIL

Cause No.: CV15-1006

# 415th District Court
## Parker County, Texas
### 117 Fort Worth Highway
### Weatherford, Texas 76086

## THE STATE OF TEXAS

**August 19, 2015**

Zoellner Construction Co., Inc.
Reg Agent, Steven P. Zoellner
875 PCR 500
Perryville, Mo 63775

**NOTICE: YOU HAVE BEEN SUED.** YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY (20) DAYS AFTER YOU WERE SERVED THIS CITATION AND PLAINTIFF'S ORIGINAL PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV15-1006** and was filed in the **415th District Court** in and for Parker County on **August 19, 2015,** and styled:

**Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.**

Parties to the Suit:
Plaintiff(s):        **Patricia Sewell**
Defendant(s):        **Zoellner Construction Co., Inc.; Tharon Douglas Cowell**
The nature of the suit is shown in the copy of the attached petition.

ISSUED under my hand and seal in Weatherford, Parker County, Texas on this **19th day of August, 2015.**



**SHARENA GILLILAND**
District Clerk
Parker County, Texas

Signed 8/ 3\20 5 4 47 2  PM

By:_____Natalie Matthews_____
Deputy

Plaintiff(s) Attorney
 Douglas R Hafer
 101 East Park Row
 Arlington Tx  76010
 817-548-1000

CITATION - CIVIL

Filed: 8/31/2019 2:37:26 PM
Sharena Gilliland
District Clerk
Parker County, Texas

Jason Nowak

Cause No.: CV15-1006

# 415th District Court
## Parker County, Texas
### 117 Fort Worth Highway
### Weatherford, Texas 76086

**THE STATE OF TEXAS**

**August 19, 2015**

Tharon Douglas Cowell
HCR 64 Box 505
Grassy, Mo 63753

**NOTICE: YOU HAVE BEEN SUED.** YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY (20) DAYS AFTER YOU WERE SERVED THIS CITATION AND PLAINTIFF'S ORIGINAL PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV15-1006** and was filed in the **415th District Court** in and for Parker County on **August 19, 2015,** and styled:

**Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.**

Parties to the Suit:
Plaintiff(s):          **Patricia Sewell**
Defendant(s):      **Zoellner Construction Co., Inc.; Tharon Douglas Cowell**
The nature of the suit is shown in the copy of the attached petition.

ISSUED under my hand and seal in Weatherford, Parker County, Texas on this **19th day of August, 2015.**



**SHARENA GILLILAND**
District Clerk
Parker County, Texas

Signed 8/3/20 5 6:49 53 PM

By: _Natalie Matthews_
Deputy

Plaintiff(s) Attorney
Douglas R Hafer
101 East Park Row
Arlington Tx 76010
817-548-1000

CITATION - CIVIL

## RETURN OF SERVICE

*Return to: Parker County District Clerk, 117 Fort Worth Highway, Weatherford, TX 76086*

**Cause No.:** CV15-1006

**415th District Court**
**Parker County, Texas**

*Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.*

Came to hand on the 20ᵗʰ day of AUG. , 20⎽⎽ at 1 o'clock __.M. and executed on the 25ᵗʰ day of
__Aug__, 20/5 at 6ᵗʰ o'clock P .M. by delivering a true copy of this citation with a copy of the petition attached
thereto to defendant THARON D. COWELL (name), in person,
at HCR 64, BOX 541 ODESSY, MO (address) in BOONTER County, ~~Texas~~ 42
                                                                          MISSOURI

[ ] Not executed. The diligence used in finding defendant being: _____

[ ] Information received as to the whereabouts of defendant being: _____

| | |
|---|---|
| _____ | C.J. Fiore |
| Sheriff/Constable/Clerk | Printed Name of Authorized Person |
| _____ | _____ |
| County                    ••• OR ••• | Signature of Authorized Person |
| | SCM #468 |
| Deputy | Certified Process Server ID No. |
| S | 7-31-17 |
| Fees | Expiration Date |

*The following to be completed by Authorized Person other than Sheriff, Constable or Clerk. TEX. R. CIV. P. 107(a).*

State of TEXAS                                     County of TARRANT

Before me TR ANDERSON, the undersigned notary public on this day personally appeared C.J. FIORE
whose name is subscribed in the above and foregoing Return of Service and stated and acknowledged to me the facts stated
therein are true and correct.

Given under my hand and seal of office this 31ˢᵗ day of Aug , 20 15

JACK R ANTER JR
My Commission Expires
December 23, 2016
(Seal)

_____
Notary Public

••• OR •••

"My name is CHRIS J. FIORE , my date of birth is 10/12/63
            (First)    (Middle)    (Last)                              (Month) (Day) (Year)

and my address is 3600 W. PIONEER Pkwy #6 ARLINGTON, TX 76013
                   (Street)                        (City)    (State)   (Zip)   (Country)

I declare under penalty of perjury that the foregoing is true and correct." Executed in TARRANT County, State

of TX , on 8-31-15 .
            (Date)

_____
Declarant

EXHIBIT A - Page 44

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THARON D. COWELL
HCR 64, Box 505
GRASSY, MO 63958

9590 9403 0166 5120 3795 64

2. Article Number *(Transfer from service label)*

4 0510 0002 1701 0050

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _(signature)_ ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery 8/25/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt



State of Texas
County of Parker

I certify that the foregoing, consisting of ___3___ pages, is a true, correct and complete copy of the instrument of record in my possession. This ___11___ day of ___September___ 20___.

SHARENA GILSTRAP, DISTRICT CLERK

By:_____ Deputy

CITATION - CIVIL

Filed: 9/3/2015 4:05:40 PM
Sharena Gilliland
District Clerk
Parker County, Texas

Sharon Hall

Cause No.: CV15-1006

# 415th District Court
# Parker County, Texas
### 117 Fort Worth Highway
### Weatherford, Texas 76086

## THE STATE OF TEXAS

**August 19, 2015**

Zoellner Construction Co., Inc.
Reg Agent, Steven P. Zoellner
875 PCR 500
Perryville, Mo 63775

**NOTICE: YOU HAVE BEEN SUED.** YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY (20) DAYS AFTER YOU WERE SERVED THIS CITATION AND PLAINTIFF'S ORIGINAL PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV15-1006** and was filed in the **415th District Court** in and for Parker County on **August 19, 2015,** and styled:

**Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.**

Parties to the Suit:
Plaintiff(s):        **Patricia Sewell**
Defendant(s):     **Zoellner Construction Co., Inc.; Tharon Douglas Cowell**
The nature of the suit is shown in the copy of the attached petition.

ISSUED under my hand and seal in Weatherford, Parker County, Texas on this **19th day of August, 2015.**



**SHARENA GILLILAND**
District Clerk
Parker County, Texas

Signed 8/3/20 3:4:47 2:7:M

By: _Natalie Matthews_
        Deputy

Plaintiff(s) Attorney
 Douglas R Hafer
 101 East Park Row
 Arlington Tx  76010
 817-548-1000

CITATION - CIVIL

**RETURN OF SERVICE**
*Return to: Parker County District Clerk, 117 Fort Worth Highway, Weatherford, TX 76086*

Cause No.:  CV15-1006                                   **415th District Court**
                                                         **Parker County, Texas**

*Patricia Sewell vs. Tharon Douglas Cowell and Zoellner Construction Co., Inc.*

Came to hand on the __20th__ day of __AUG__, 20__15__ at __1__ o'clock __P__.M. and executed on the __28th__ day of __AUG__, 20__15__ at ___ o'clock __A__.M. by delivering a true copy of this citation with a copy of the petition attached thereto to defendant __ZOELLNER CONSTRUCTION CO., INC. BY DANNY__ (name), in person, at __875 PCR 500 COWELL__ (address) in __MISSOURI County, Texas__.

[ ] Not executed. The diligence used in finding defendant being: _____

[ ] Information received as to the whereabouts of defendant being: _____

_____         __C. T. FIORE__
Sheriff/Constable/Clerk                Printed Name of Authorized Person

_____   *** OR ***   _____
County                                 Signature of Authorized Person
                                       __SCH#968__
_____         Certified Process Server I.D. No.
Deputy                                 __7-31-17__
S                                      _____
_____         Expiration Date
Fees

*The following to be completed by Authorized Person other than Sheriff, Constable or Clerk. TEX. R. CIV. P. 107(e).*

State of __TEXAS__                     County of __Tharon__

Before me __JACK L. ANTES JR__, the undersigned notary public on this day personally appeared __C.T. FIORE__ whose name is subscribed in the above and foregoing Return of Service and stated and acknowledged to me the facts stated therein are true and correct.

Given under my hand and seal of office this __3rd__ day of __SEPT__, 20__15__

[Seal: JACK L ANTES JR My Commission Expires December 23, 2016]      Notary Public

*** OR ***

"My name is __CHRIS__ __T.__ __FIORE__, my date of birth is __10/12/83__
           (First)  (Middle)  (Last)                    (Month)(Day)(Year)
and my address is __3600 W PIONEER PKWY #6 ARLINGTON TX 76013 THARON__
                   (Street)        (City)      (State) (Zip) (Country)

I declare under penalty of perjury that the foregoing is true and correct." Executed in __THARON__ County, State of __TX__, on __8-3-15__
                                                                              Declarant

SWORN AND SUBSCRIBED BEFORE ME ON THE __3__ DAY OF __SEPT 2015__

[Seal: JACK L ANTES JR My Commission Expires December 23, 2016]

EXHIBIT A - Page 46

EXHIBIT A - Page 47

State of Texas    )
County of Parker  )

I certify that the foregoing, consisting of 3 pages, is a true, correct and complete copy of the instrument of record in my possession. This 1 day of September 20 15

By: _____
SHARENA QUEELAND DISTRICT CLERK

By: _____
                              Deputy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Don Swift_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>LORI SWIFT   8-28 |
| 1. Article Addressed to:<br>ZOELNER CONSTRUCT<br>ATTN: S. ZOELNER<br>875 PCR 500<br>PARMINSTER MO 63775 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0166 5120 3795 57 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7014 0510 0002 1901 4106 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Filed: 9/10/2015 9:00:30 AM
Sharena Gilliland
District Clerk
Parker County, Texas
Linda Padilla

**CAUSE NO. CV15-1006**

| | |
|---|---|
| PATRICIA SEWELL,<br>    PLAINTIFF, | §     IN THE DISTRICT COURT |
| | § |
| | § |
| VS. | §     415TH JUDICIAL DISTRICT |
| | § |
| THARON DOUGLAS COWELL AND | § |
| ZOELLNER CONSTRUCTION CO., | § |
| INC. | § |
|     DEFENDANTS. | §     PARKER COUNTY, TEXAS |

**DEFENDANTS THARON DOUGLAS COWELL**
**AND ZOELLNER CONSTRUCTION CO., INC.'S**
**ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Tharon Douglas Cowell and Zoellner Construction Co., Inc., Defendants in the above entitled and numbered cause, and in reply to Plaintiff's Original Petition respectfully show the Court as follows:

**1.**

Defendants Tharon Douglas Cowell and Zoellner Construction Co., Inc., deny generally the material allegations contained in Plaintiff's Original Petition, demand proof thereof by a preponderance of the evidence, and of this general denial pray judgment of the Court.

**2.**

Defendants Tharon Douglas Cowell and Zoellner Construction Co., Inc. demand a jury trial.

**3.**

Defendants invoke Chapter 33 of the Civil Practice and Remedies Code of the State of Texas, and would respectfully show that if there be any negligence on the part of this Defendants, which is not admitted but is expressly denied, the Defendants states that on the occasion in question, the Plaintiff failed to exercise ordinary care for Plaintiff's own safety, and such failure constitutes negligence which was a proximate, producing, contributing, or sole proximate cause of

Section 41.0105 of the Texas Civil Practice & Remedies Code; thus, recovery of medical and/or health care expenses by those suing is limited to the amount actually paid or incurred by or on behalf of those suing.

### 9.

Defendants would show that Plaintiff failed to mitigate her damages. Accordingly, Defendants are entitled to an instruction to the jury that there are not to consider elements of damages incurred and caused by Plaintiff's failure to mitigate her damages.

### 10.

Defendants would further show, by way of affirmative defense and without waiver of the foregoing that some or all of the problems Plaintiff complains of were caused by accidents, problems and/or medical conditions which pre-existed the date of the incident in question, and/or which occurred following the date of the incident in question, including but not limited to the accident Plaintiff had with Defendants.

### 11.

### NOTICE OF INTENT TO USE PLAINTIFF'S DOCUMENTS

Defendants hereby give notice of their intention to use at trial or any hearing any document produced by Plaintiff in response to written discovery.

WHEREFORE, PREMISES CONSIDERED, Defendants Tharon Douglas Cowell and Zoellner Construction Co., Inc. pray that upon final hearing judgment be entered that Plaintiff Patricia Sewell take nothing and that Defendants Tharon Douglas Cowell and Zoellner Construction Co., Inc. be discharged with their costs and that they have such other and further relief to which they may be justly entitled.

**DEFENDANTS THARON DOUGLAS COWELL
AND ZOELLNER CONSTRUCTION CO., INC.'S
ORIGINAL ANSWER**                                                                    **PAGE 3**

Filed: 9/10/2015 9:00:30 AM
Sharena Gilliland
District Clerk
Parker County, Texas

Linda Padilla

**CAUSE NO. CV15-1006**

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | IN THE DISTRICT COURT |
|     PLAINTIFF, | § | |
| | § | |
| VS. | § | 415TH JUDICIAL DISTRICT |
| | § | |
| THARON DOUGLAS COWELL AND | § | |
| ZOELLNER CONSTRUCTION CO., | § | |
| INC. | § | |
|     DEFENDANTS. | § | PARKER COUNTY, TEXAS |

**DEFENDANTS THARON DOUGLAS COWELL
AND ZOELLNER CONSTRUCTION CO., INC.'S JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendants Tharon Douglas

Cowell and Zoellner Construction Co., Inc. respectfully request this case be tried to a jury, and

states the proper fee has been forwarded as required.

Respectfully Submitted,

DAVID KLOSTERBOER & ASSOCIATES



DANA L. RYAN
Texas Bar No. 08257700
1301 E. Collins Blvd., Suite 490
Richardson, Texas 75081
Direct Telephone: 214-570-6055
Main Telephone: 214-570-6300
Direct Facsimile: Direct Fax 855-748-3821
E-Mail: dryan2@travelers.com

ATTORNEYS FOR DEFENDANTS
THARON DOUGLAS COWELL AND
ZOELLNER CONSTRUCTION CO., INC.

---

# OFFICIAL RECEIPT

**Parker County**
**Sharena Gilliland**
**District Clerk**
**117 Fort Worth Highway**
**Weatherford, TX 76086**

| Payor | Receipt No. |
|---|---|
| David Klosterboer & Associates | **2015-05865** |

Transaction Date
09/11/2015

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| Certified Copies | **58.00** |
| Copies | 58.00 |
| **SUBTOTAL** | **58.00** |

**PAYMENT TOTAL** | **58.00**

| Check (Ref #913A0000121175) Tendered | 58.00 |
|---|---|
| Total Tendered | **58.00** |
| Change | 0.00 |

| 09/11/2015 | Cashier | Audit |
|---|---|---|
| 10:14 AM | Station JASON | 2434287 |

## OFFICIAL RECEIPT

EXHIBIT A - Page 51