IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICIA SEWELL, | § | |
|            Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 4:15-cv-00695-O |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC., | § | |
| | § | |
|            Defendants. | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiff PATRICIA SEWELL and Defendants THARON DOUGLAS COWELL and ZOELLNER CONSTRUCTION CO., INC., and jointly move the Court to dismiss this action with prejudice, and in support hereof would respectfully show the Court the following:

The parties have fully and finally compromised and settled all matters of fact and things in controversy between them and no longer desire to prosecute this action.

The parties request that the Court enter the proposed Order of Dismissal tendered herewith.

Respectfully submitted,

**MILLER & BROWN, L.L.P.**

By: /s/ Shelly S. Jock
  **J. ROBERT MILLER, JR.**
  State Bar No. 14092500
  rmiller@miller-brown.com
  **SHELLY S. JOCK**
  State Bar No. 00794026
  sjock@miller-brown.com

400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

ATTORNEYS FOR DEFENDANTS

*AGREED:*

_____
**DOUGLAS R. HAFER**
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On the __6__ day of July 2016, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the Electronic Filing System of the Court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

s/**SHELLY S. JOCK**

Douglas R. Hafer, Esq.
Curnutt & Hafer, L.L.P.
101 East Park Row
Arlington, TX 76010
dhafer@curnutthafer.com
--COUNSEL FOR PLAINTIFF