IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICIA SEWELL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-695-BJ |
| | § | |
| THARON DOUGLAS COWELL and | § | |
| ZOELLNER CONSTRUCTION CO., INC. | § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED, ADJUDGED, and DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party incurring the same.

SIGNED July 19, 2016.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE